Leah Martin, Esq.
Nevada Bar No. 7982
Kevin Hejmanowski, Esq.
Nevada Bar No. 10612
LEAH MARTIN LAW
601 W. South Rancho Drive, Suite C-26
Las Vegas, Nevada 89106
lmartin@leahmartinlv.com
khejmanowski@leahmartinlv.com
Phone: (702) 420-2733
Facsimile: (702) 330-3235
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MIROSLAV KEFURT, derivatively on behalf of BREMACH, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REINIER "RAY" HOOGENRAAD, an individual, BENJAMIN "BEN" MONTGOMERY, an individual,<br><br>Defendants.<br><br>BREMACH, INC., a Nevada corporation.<br><br>Nominal Defendant | Case No.:  2:22-cv-01774-JAD-BNW<br><br>**FIRST STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINES AND TRIAL** |

Plaintiff MIROSLAV KEFURT ("Plaintiff"), by and through his counsel Leah Martin Law, REINIER "RAY" HOOGENRAAD ("Defendant RH"), and BENJAMIN "BEN" MONTGOMERY ("Defendant BM") (together the "Defendants") (collectively the "Parties"), hereby stipulate and agree to extend the discovery deadlines ninety days and trial as set forth herein. This is the first stipulation for extension of discovery.

**I.      DISCOVERY COMPLETED**

1.      The Plaintiff has submitted initial documents and witnesses;

2.      Plaintiff propounded his first set of written discovery on Defendant RH;

///

## II. DISCOVERY THAT REMAINS TO BE COMPLETED

3. Plaintiff to serve its first set of written discovery on Defendant BM;

4. Defendants to submit their initial documents and witnesses;

5. Depositions of the Parties, experts and third-party witnesses;

6. Disclosure of expert witnesses;

7. Disclosure of rebuttal expert witnesses;

8. Any additional supplemental written discovery that may be needed;

9. Any other discovery which may be determined as relevant and necessary by the Parties.

## III. REASONS WHY DISCOVERY WAS NOT COMPLETED WITHIN THE CURRENT DEADLINES

The Plaintiff has been actively participating in discovery but requires additional time to complete discovery. The Defendants are exploring retention of counsel. This stipulation is not submitted for any improper purpose or to unnecessarily delay the proceedings. The Parties submit that good cause exists to grant the stipulated ninety-day extension of the discovery deadlines and trial for the following reasons: Defendant RH has not completed disclosures or filed any responses to Plaintiff's written discovery. Defendant BM has not filed an answer to Plaintiff's complaint, disclosures, and Plaintiff has not had an opportunity to conduct discovery relating to Defendant BM. Finally, Defendants are *pro se* and special care must be taken.

## IV. PROPOSED EXTENDED DEADLINES

| Deadline | Current Deadline | Proposed |
|---|---|---|
| Amend Pleadings/Add Parties | May 3, 2023 | **Aug 1, 2023** |
| Initial Experts | Jun 5, 2023 | **Sep 3, 2023** |
| Designation of Rebuttal Experts | Jul 6, 2023 | **Oct 4, 2023** |
| Close of Discovery | Aug 3, 2023 | **Nov 1, 2023** |
| Dispositive Motions | Sep 4, 2023 | **Dec 3, 2023** |

1 | Joint Pre-Trial Order          Oct 5, 2023                **Jan 3, 2024**

2 | V.     **THIS EXTENSION WILL AFFECT THE TRIAL DATE**

3 | The requested extension would affect the trial date. The Parties respectfully request

4 | that the trial date be rescheduled to the Court's next available trial date.

5 | VI.    **CONCLUSION**

6 | Based upon the foregoing, the Parties respectfully request and submit that good cause

7 | exists, and for the Court to adopt the forgoing deadlines and reschedule trial in this case.

9 | Dated this __18__ day of July 2023          Dated this __17th__ day of July 2023

11 | /s/ Leah Martin

Leah Martin, Esq.
Kevin Hejmanowski, Esq.
Nevada Bar No. 10612
LEAH MARTIN LAW
601 W. South Rancho Drive, Suite C-26
Las Vegas, Nevada 89106
*Attorneys for Plaintiff*

*[signature: Ben Montgomery]*

Benjamin Montgomergy
c/o O'HARA & GRECO
25361 Commercentre Dr, Ste 150
Lake Forest, California 92630
*Defendant in Pro Se*

Dated this __18 th__ day of July, 2023

*[signature: R Hoogenraad]*

Reinier Hoogenraad

211 North Star Lane

Newport Beach, CA 92660

*Defendant In Pro Se*

**ORDER**
**IT IS SO ORDERED**

**DATED:** 9:17 am, July 19, 2023

*[signature]*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**