JOHN W. THOMSON, ESQ.,
Nevada State Bar No. 5802
THOMSON LAW PC
2900 W. Horizon Ridge Pkwy, Suite 200
Henderson, NV 89052
Telephone: (702) 478-8282
Facsimile: (702) 541-9500
Email: johnwthomson@ymail.com
*Attorney for Defendants*
*Reinier Hoogenraad and Benjamin Montgomery*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MIROSLAV KEFURT, derivatively on behalf of BREMACH, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REINIER "RAY" HOOGENRAAD, an Individual, BENJAMIN "BEN" MONTGOMERY, an Individual,<br><br>Defendants.<br><br>BREMACH, INC., a Nevada Corporation. Nominal Defendant. | CASE NO.: 2:22-cv-01774-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE**<br><br>ECF No. 29 |

COME NOW, MIROSLAV KEFURT ("Plaintiff"), by and through his counsel Leah Martin Law, and REINIER HOOGENRAAD, and BENJAMIN MONTOGOMERY (collectively "Defendants" and together with Plaintiff, the "Parties"), by and through their counsel John W. Thomson, Esq., of Thomson Law PC, hereby stipulate and agree to extend the briefing schedule on Plaintiff's Motion to Unfreeze the US Bank Account for Bremach, Inc., filed on October 12, 2023.

WHEREAS, Plaintiff filed a Motion to Unfreeze the US Bank Account for Bremach, Inc., on October 12, 2023.

WHEREAS, Defendants have a response due to the Motion on October 26, 2023.

WHEREAS, Defendants have recently retained Thomson Law PC to represent them in the instant matter.

Good cause exists for this extension as counsel for Defendants has just been retained and requires time to become knowledgeable about the case to prepare a responsive pleading; and the Parties are working through discovery issues.

NOW THEREFORE, through their respective undersigned counsel,

IT IS HEREBY STIPULATED that the following deadlines shall be changed as follows:

Defendant's Deadline to file a responsive brief shall be changed from October 26, 2023 to November 27, 2023.

IT IS SO STIPULATED.

DATED THIS 25th day of October 2023.

**THOMSON LAW PC**

*/s/ John W. Thomson, Esq.*
JOHN W. THOMSON, ESQ.
Nevada Bar No. 5802
2900 W. Horizon Ridge Pkwy,
Suite 200 Henderson, NV 89052
(702) 478-8282

**O'HARA & GRECO, A Law Corporation**

[signature]
THOMAS A. GRECO, ESQ.,
Admitted Pro Hac Vice
25361 Commercentre Drive, Suite 150
Lake Forest, California 92630
*Attorney for Defendants*

**LEAH MARTIN LAW**

**/s/** Kevin Hejmanowski, Esq.
Kevin Hejmanowski, Esq.,
Nevada Bar No. 10612
Leah Martin, Esq.,
601 W. South Rancho Drive, Suite C-26
Las Vegas, NV 89106
702-420-2733
*Attorneys for Plaintiff*

## **ORDER:**

Based on the parties' stipulation [ECF No. 29] and good cause appearing, **IT IS ORDERED** that d**efendant has until November 27, 2023**, to respond to [ECF No. 28] Plaintiff's Motion to Unfreeze the US Bank Account for Bremach, Inc.

_____
U.S. District Judge Jennifer A. Dorsey
October 26, 2023