**SAO**
JOHN W. THOMSON, ESQ.,
Nevada State Bar No. 5802
THOMSON LAW PC
2900 W. Horizon Ridge Pkwy, Suite 200
Henderson, NV 89052
Telephone: (702) 478-8282
Facsimile: (702) 541-9500
Email: johnwthomson@ymail.com
*Attorney for Defendants*
*Reinier Hoogenraad and Benjamin Montgomery*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MIROSLAV KEFURT, derivatively on behalf of BREMACH, INC., a Nevada Corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>REINIER "RAY" HOOGENRAAD, an Individual, BENJAMIN "BEN" MONTGOMERY, an Individual,<br><br>        Defendants.<br><br>BREMACH, INC., a Nevada Corporation. Nominal Defendant. | CASE NO.: 2:22-cv-01774-JAD-BNW<br><br>**THIRD STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINES AND TRIAL**<br><br>**(THIRD REQUEST)** |

COME NOW, MIROSLAV KEFURT ("Plaintiff"), by and through his counsel Leah Martin Law, and REINIER HOOGENRAAD, and BENJAMIN MONTOGOMERY (collectively "Defendants" and together with Plaintiff, the "Parties"), by and through their counsel John W. Thomson, Esq., of Thomson Law PC, and Thomas Greco, Esq., of O'hara & Greco A Law Corporation, hereby stipulate and agree to extend the discovery deadlines and trial as follows:

    **I.    DISCOVERY COMPLETED**

1. The Plaintiff and Defendant RH submitted initial documents and witnesses;

1

2.	Plaintiff propounded his first sets of written discovery on Defendants;

3.	Defendant RH responded to the first set of written discovery.

## II.	DISCOVERY THAT REMAINS TO BE COMPLETED

4.	Depositions of the Parties, experts, and third-party witnesses;

5.	Any additional supplemental written discovery that may be needed;

6.	Any other discovery which may be determined as relevant and necessary by the Parties.

## III.	REASONS WHY DISCOVERY WAS NOT COMPLETED WITHIN THE CURRENT DEADLINES

The Parties have been actively participating in discovery but requires additional time to complete discovery. This stipulation is not submitted for any improper purpose or to unnecessarily delay the proceedings. There have been multiple motions filed that need to be resolved before committing resources to the remaining discovery.

The Parties submit that good cause exists to grant the stipulated ninety-day extension of the discovery deadlines and trial for the following reasons: Defendants previously involved an attorney who is not licensed to practice within Nevada, however, Mr. Greco has been admitted to practice Pro Hac Vice and there is pending hearing on Plaintiff's Motion to Disqualify Attorney Greco for hearing on January 30, 2024. Depending on the hearing's outcome, the parties will plan on sending out subpoenas, and scheduling depositions.

**PROPOSED EXTENDED DEADLINES**

| Deadline | Current Deadline | Proposed |
|---|---|---|
| Close of Discovery | Jan 30, 2024 | **Apr 30, 2024** |
| Dispositive Motions | Mar 4, 2024 | **Jun 3, 2024** |
| Joint Pre-Trial Order | Apr 2, 2024 | **July 1, 2024** |

## IV.	THIS EXTENSION WILL AFFECT THE TRIAL DATE

The requested extension would affect the trial date. The Parties respectfully request that

the trial date be rescheduled to the Court's next available trial date.

**V.   CONCLUSION**

Based upon the foregoing, the Parties respectfully request and submit that good cause exists, and for the Court to adopt the forgoing deadlines and reschedule trial in this case.

DATED THIS __9th__ day of January, 2024.

| THOMSON LAW PC | LEAH MARTIN LAW |
|---|---|
| /s/ *John W. Thomson, Esq.* | /s/ Kevin Hejmanowski, Esq. |
| JOHN W. THOMSON, ESQ. | Kevin Hejmanowski, Esq., |
| Nevada Bar No. 5802 | Nevada Bar No. 10612 |
| 2900 W. Horizon Ridge Pkwy, | Leah Martin, Esq., |
| Suite 200 Henderson, NV 89052 | 601 W. South Rancho Drive, Suite C-26 |
| (702) 478-8282 | Las Vegas, NV 89106 |
| | 702-420-2733 |
| O'HARA & GRECO, A Law Corporation | *Attorneys for Plaintiff* |

THOMAS A. GRECO, ESQ.,
Admitted Pro Hac Vice
25361 Commercentre Drive, Suite 150
Lake Forest, California 92630
*Attorney for Defendants*

## ORDER:

Pursuant to the Parties' stipulation, **IT IS SO ORDERED.**

**IT IS SO ORDERED**

**DATED:** 6:13 am, January 11, 2024

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**